

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>TWO (2) DRIVES CONTAINING INFORMATION ASSOCIATED WITH MEGA ACCOUNTS AND HYPERLINK CONTENT | ) ) ) ) ) ) ) Case No. 1:24MJ439-1 |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*
Two SanDisk Flash Drives in the possession of the Federal Bureau of Investigation. See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
The arrival of the two (2) SanDisk Flash Drives described in Attachment A at the Federal Bureau of Investigation office in the Middle District of North Carolina.

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 22, 2024_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joe L. Webster_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/08/2024 3:54 pm                *Judge's signature*

City and state: Durham, North Carolina                Joe L. Webster, U.S. Magistrate Judge
                                                      *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:24MJ439-1 | Date and time warrant executed: 12/9/2024 @ 3:00PM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: Approximately 47 GB of data from four (4) MEGA hyperlinks in a SanDisk USB drive. No Basic Subscriber Information report was located in the USB drive. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2024

_Executing officer's signature_

Garett Foo, FBI
_Printed name and title_

## ATTACHMENT A

### Property to Be Searched

Two (2) SanDisk Flash Drives in the possession of the Federal Bureau of Investigation, located in the Middle District of North Carolina.

## ATTACHMENT B

### Particular Things to be Seized

All information that constitutes fruits, contraband, evidence, and instrumentalities of violations of Title 18 U.S.C. § 2252A(a)(2)(A) Receipt/Distribution of Child Pornography, Title 18 U.S.C. § 2252A(a)(1) Transportation of Child Pornography, and Title 18 U.S.C. § 2252A(a)(5)(B) Possession of/Access with Intent to View Child Pornography in the form of the following:

a. child pornography, as defined in 18 U.S.C. 2256(8), and its source;

b. child erotica and its source;

c. records and information referencing or revealing child pornography or child erotica;

d. records and information referencing or revealing the trafficking, advertising, or possession of child pornography, to include the identity of the individuals involved and location of occurrence;

e. records and information referencing or revealing interaction with MEGA links that may contain child pornography, including the creation, sharing, and content of the links;

f. records and information referencing or revealing a sexual interest in children or the sexual exploitation of children, to include the identity of the individuals involved and location of occurrence;

g. records and information referencing or revealing communication or interaction of an illicit sexual nature with minors, to include the identity of the individuals involved and location of occurrence;

h.  records and information referencing or revealing participation in groups or the use of services that are known to be used to facilitate the trafficking of child pornography; and

i.  evidence of user attribution showing who used or owned the relevant account at the time the things described in this warrant were created, edited, or deleted.